1983
Form 1

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 MAR 23 AM 9:52

FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
(Formulario que utilizarán los reclusos para radicar una demanda)

UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. Sec. 1983
(de acuerdo con la Ley de Derechos Civiles 42 U.S.C. Sec. 1983)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Celso Romero Figueroa

Enter above the full name of plaintiff
(Escriba arriba el nombre completo del demandante)

v.

Trinity Services Group Inc.

Enter above the full name of defendant(s)
(Escriba arriba el nombre completo de el(los) demandado(s))

I.  Previous lawsuits
    (Pleitos radicados anteriormente)

    A.  Have you brought other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

        (¿Ha iniciado usted otros pleitos en los tribunales estatales o federales que tengan que ver con los mismos hechos de la presente acción o que se relacionen con su reclusión?)

            (X) Yes              ( ) No
            (Sí)                 (No)

    B.  If your answer to A is yes, describe the lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.

        (Si la contestación a la pregunta A es en la afirmativa, describa el pleito en el espacio siguiente. De existir más de un pleito, descríbalos en otro papel utilizando el mismo modelo.)

- AL DORSO -

1983
Page -2-

1. Parties to this previous lawsuit:
   (Partes en el pleito anterior)

   Plaintiff(s)
   (Demandante(s)):  Celso Romero Figueroa

   Defendant(s)
   (Demandado(s)):  Trinity Services Group Inc.

2. Court, if federal court, name the district, if state court, name the county:

   (Tribunal, si es un tribunal federal, indique el distrito, si es un tribunal estatal, indique el condado o sala:)

   San Juan

3. Docket number:
   (Número asignado:)  Civil No. 19-1126 (ccc); 19-1182

4. Name of judge to whom the case is assigned:
   (Nombre del juez a quien le asignó el caso:)

   Chief United States District Judge Gustavo A. Gelpi

5. Disposition, for example: Was the case dismissed? Was it appealed? Is it still pending?

   (Disposición, por ejemplo: ¿Se desestimó el caso? ¿Se apeló? ¿Se encuentra aún pendiente?

   Se encuentra aun pendiente

6. Approximate date of filing lawsuit:
   (Fecha aproximada en que se radicó el pleito:)

   12 Febrero 2019

7. Approximate date of disposition:
   (Fecha aproximada en que se resolvió el pleito:)

   28 Junio 2019, sigue vigente

- AL DORSO -

1983
Page -3-

II. Place of present confinement: Bayamon 501 2F
   (Lugar actual de reclusión:)

   A. Is there a prisoner's grievance procedure in the institution?
      (¿Existe un procedimiento de quejas y agravios para prisioneros en dicha institución?)

      (✓) Yes              ( ) No
         (Sí)                 (No)

   B. Did you present the facts relating to your complaint in the state prisoner's grievance procedure?
      (¿Presentó usted los hechos de su querella bajo el procedimiento de quejas y agravios para prisioneros?)

      (✓) Yes              ( ) No
         (Sí)                 (No)

   C. If your answer is Yes,
      (Si su contestación es afirmativa,)

      1. What steps did you take?
         (¿Qué medidas tomó usted?)

         Solicitud de Remedio Administrativo. (ver anejo #2)
         Solicitud de Reconsideracion. (ver anejo #6).

      2. What was the result?
         (¿Cuál fue el resultado?)

         Respuesta Remedio Administrativo. (ver anejo #4).
         Respuesta de Reconsideracion. (ver anejo #7).

   D. If your answer is No, explain why not.
      (Si su contestación es No, explique por qué.)

      _____
      _____

   E. If there is no prison grievance procedure in the institution, did you complain to prison authorities?
      (Si no existe un procedimiento de quejas y agravios en la institución, ¿se quejó usted con las autoridades de la institución?)

      ( ) Yes              ( ) No
         (Sí)                 (No)

                    - AL DORSO -

1983
Page -4-

    F.    If your answer is Yes,
          (Si su contestación es afirmativa:)

        1.    What steps did you take?
            (¿Qué medidas tomó usted?)

_____

_____

        2.    What was the result?
            (¿Cuál fue el resultado?)

_____

_____

III. Parties
     (Partes)

In item A below place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

(Bajo la letra A escriba su nombre en la primera línea y su dirección actual en la segunda línea. Si hay demandantes adicionales, ponga la misma información.)

    A.    Name of plaintiff:
          (Nombre del demandante)   *Celso Romero Figueroa*

        Address                  *50 Carr #5 Unit 501 2F*
        (Dirección)             *Ind. Luchetti*

                                      *Bayamon P.R. 00961-7403*

In item B below place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions and place of employment of any additional defendant.

(Bajo la letra B escriba en la primera línea el nombre completo del demandado, en la segunda línea escriba el puesto que ocupa y en la tercera línea escriba el lugar donde está empleado. Utilice el apartado C para escribir el nombre, puesto y lugar de empleo de otros demandados.)

- AL DORSO -

1983
Page -5-

    B.    Defendant
        (Demandado)     _Celso Romero Figueroa_

        is employed as
        (está empleado como:)     _Mantenimiento de piso_

        at
        (en)     _Mejoras permanentes_

    C.    Additional defendants:
        (Otros demandados)

IV.  Statement of claim:
    (Relación de hechos:)

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates or statutes. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra sheet if necessary.

(Escriba brevemente los hechos del caso. Describa la participación de cada uno de los demandados. Incluya también los nombres de otras personas que tuvieron participación, las fechas y los estatutos. No presente argumentos legales ni cite precedentes ni estatutos. Si usted quiere presentar varias reclamaciones, enumérelas y hágalo en párrafos por separado. Puede utilizar otra hoja de papel si lo considera necesario.

Para 28 Agosto 2020 obtuve cita de seguimiento con el Internista Florestino Figueroa. A su vez se me vencía la dieta medica el 3 Septiembre 2020. Por lo que renovo la misma, El 4 Septiembre NO recibí mi dieta. Llene un sick call el 11 Septiembre 2020 por fuerte dolor estomacal y mareos constantes, A su vez le di conocimiento a la enfermera Alvarez el atrazo de mi dieta, ella personalmente hiso la diligencia por lo que llamo a cocina 705 hablo con el sr. Cesar Lugo Ramirez Supervisor de alimento. (ver anejo #1).

No recibo mi dieta por lo que para el 24 Septiembre 2020, lleno un remedio adm. (ver anejo #2) en el cual hago constar el atrazo de mi dieta mas el fuerte dolor en el estomago y los mareos constante. Por lo que recibo del area Medica un Registro de queja que hace constar que se le envio copia de la receta de la dieta medica al sr. Lugo. (ver anejo #3) Posteriormente recibo Respuesta de Remedio Adm. ver anejo #4, y Tal algumento es contrario.

                - Al Dorso -

a lo que dice el anejo #3), en cuanto a que se le envio copia Para el 5 de Noviembre recibo de area medica Registro de Quejas. (ver anejo #5), en el mismo se relata claramente que Mi receta dieta medica fue devuelta de la cocina el 10-2-2020 y 9-8-2020. Por lo que para el 1-Diciembre 2020 hago una Solicitud de Reconsideracion Adm. en la cual le hago saber al sr. Lugo que lo que el expresa ND se relaciona en nada en cuanto a los Registro de Quejas Por tal razon Pedi que se haga una investigacion al respecto lo cual no se hizo. (ver anejo #6).

Por lo que recibo Respuesta de Reconsideracion el 16 Febrero 2021 ver anejo #7) en la cual deniegan deniegan la misma sin justa causa.

Por lo que la coordinadora Gloria Reymundi Collazo paso por alto que el aqui demandante obtiene dieta medica desde los ultimos 5 años en el nivel de custodio Maxima. En la actualidad llevo 7 años en el nivel de custodio mediana obteniendo dieta medica. Hasta la antepenultima cita de seguimiento con el Internista Figueroa que fue el 28 Agosto 2020. Mi dieta medica el demandante la estaba recibiendo suscrita por el Internista Figueroa de la siguiente manera: NO Pez NO Marisco, NO lactozoa, ND Irritante, baja en Sal, hipoglucemica y alta en fibra.

Por tal razon y para que no me diera el fuerte dolor en el estomago tengo que hechar la comida en un embase llenar el embase con agua hasta eliminarle todo los condimentos e irritante a la comida. Y asi poder comer Para no pasar hambre. Todo esto lo estoy afrontando gracias a la negligencia de algun Personal de la cocina 705. Por tal razon le pido a este Hon. Tribunal que se Me Remunere economicamente por este atropello.

- La razon por la que no tengo mi dieta medica activa segun la Gerente de Trinity es porque la cocina 705, ND quisieron despacharla, no olviden que hasta el 3 Sept. 2020 recibi Mi dieta medica tal y como la suscribio el internista Figueroa. Tengo carencia economica por tal razon hago esta demanda de forma pauperis. (ver anejo #8)

1983
Page -6-

V. Relief
   (Remedio)

   State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

   (Indique brevemente lo que usted espera que el Tribunal haga por usted. No escriba argumentos legales ni cite precedentes ni estatutos.)

   Que este proceso de esta demanda sea mediante Jurado

Signed this __9__ day of __Marzo__ of __2021__.
(Firmado hoy      del mes de                    de 19      )

                                    _Celso Romero Figueroa_
                                    Plaintiff's signature
                                    (Firma del demandante)

I declare under penalty of perjury that the foregoing is true and correct.

(Declaro bajo pena de perjurio que lo anterior es cierto y correcto.)

_9 Marzo 2021_              _Celso Romero Figueroa_
     Date                       Plaintiff's signature
     (Fecha)                    (Firma del demandante)


- AL DORSO -