Anejo para conocimiento del Hon. Tribunal Federal
Anteriormente planteo en este foro una demanda
que esta en curso ante los mismo demandado
La cual esta representada por el Ledo: Guillermo
Ramos Luiña, determinado por este Foro.

Estoy en espera que se me adjudique unos pagos
de nominas de mi trabajo, una vez se haga ese pago de
nominas estare disponible para costear cualquier arancel
ante este Hon. Tribunal Federal

Anejo #1

Anejo # A

**Physician Correctional**
**REGISTRO DE QUEJAS Y SITUACIONES IDENTIFICADAS**

Institución: _____
Fecha: Sept 3, 2011
Vivienda: 2F
Hora: ___ ☐AM ☑PM

Nombre: Celso Romero Figueroa

- ☐ Citas Médicas/Dental
- ☐ Limpieza Dental
- ☐ Educación en Salud
- ☐ Equipo Médico
- ☑ Prótesis
- ☑ Dietas Médicas
- ☐ Muletas
- ☐ Espejuelos
- ☐ Psicólogo
- ☑ Medicamentos
- ☐ Rayos X
- ☐ Trabajo Social
- ☐ Resultados de Laboratorio
- ☐ Orientación Control de Infecciones
- ☐ Quejas
- ☑ Otros: _____

Explicar: Verificar Rx x MT — Jueves pasado
Sol Gdx muestras fecal 4-20 esta en 3 meses.
Dieta a fibra f irritante l/N/A Hipoglic. f grasa

Firma del Confinado: Celso R F
Firma Enfermería: [signature]

Acción Tomada: Sono 6. Abd. Referido a Cirujano
NHO, Tel/Siol Tot

Anejo #2



Estado Libre Asociado de Puerto Rico
Departamento de Corrección y Rehabilitación
**División de Remedios Administrativos**

DCR-RA-2010
"(Rev. 05-15)"

| DISTRIBUCIÓN | |
|---|---|
| Original | Remedios Administrativos |
| 1ra. Copia | Miembro de la Población Correccional |
| 2da. Copia | Área Concernida |

## SOLICITUD DE REMEDIO ADMINISTRATIVO

Número de Código: **D-4**

Número de Solicitud: **B 787-20**

Nombre Apellidos Paterno y Materno: **Celso Romero Figueroa**
Módulo: **2 F**
Institución: **501 Bayamón**

Ha planteado esta situación anteriormente: sí (✓) No ( )
De la contestación ser afirmativa, indique ante quién: **oficial Zagger**

Solicitud de Remedio:

Por este medio quiero hacer notar que el 28-Agos-2020 obtuve cita de seguimiento con el especialista Internista Sr. Florentino Figueroa, este a su vez me receto Tylenol, Flexeril y descongestionante nasal. De igual modo mi dieta alimenticia medica estaba por vencer para el 3 Sep. 2020 este nuevamente lleno el documento de renovación de dieta de la siguiente manera: hiperglucemica, alta en fibra, baja en sal, no irritante, no pez no marisco y no lactosa.

Para el dia 4 Sep. 2020 no recibi mi dieta medica aun cuando fue renovada una semana antes. Por lo cual al no pasar hambre, no me dan otras alternativas que dar uso a los alimentos de la población general.

Lo que me trajo consecuencias negativas a mi salud. con un fuerte dolor abdominal y estreñimiento.
→ -Atrás.

Nombre y Firma del Miembro de la Población Correccional: **Celso Romero Figueroa**
Fecha: **24/sep/2020**

Nombre del Evaluador: [firma]
Fecha: **6 oct 20**

### RECIBO DE COPIA DE SOLICITUD DE REMEDIOS

Institución: _____
Número de Solicitud: _____

Nombre y Firma del Miembro de la Población Correccional: _____
Fecha: _____

Nombre del Evaluador: _____
Fecha: _____

al pasar los dias y no llegar la dieta medica. que me corresponde, obte por llenar servicios del sick call para el 11 septiembre 2020 el doctor Victor Arocho Martinez me receto dulcolax al uso de dicho medicamento fuy en su numero de veces al baño. Aun asi me he mantenido alimentandome con los alimentos regular de la poblacion penal y el dolor en el estomago continua por lo que posteriormente vuelvo a llenar servicios del sick call para el 22 Septiembre 2020 el dr. Rocho me receta Mineral Oil a su vez la enfermera Alvarez me expreso que la receta de mi dieta Medica fue enviada a la institucion 706 donde cesar lugo supervisor de los alimentos del Dpto. de Correccion y Somer Santiago gerente de la compañia Trinity Service Group Inc. este personal no tomo en cuenta que dicha receta (dieta) fue suscrita por un especialista de la medicina, el medico internista Figueroa, por lo que optaron por rechazarla no despachando la misma, la cual fue devuelta al area medica de la 501 "Registro de quejas y situaciones identificadas", es la cual expresan que "el 9-23-2020 hablaron con Cesar Lugo sobre mi dieta Medica por la cual le enviaron una copia de la receta suscrita por el internista Figueroa. Hasta este momento no he recibido mi dieta, por lo cual espero que hagan lo pertinente para que despachen dicha dieta tal como fue suscrita. Para que pueda cesar este dolor es el estomago que perturba mi paz mental y emocional).

Hoy 24 Sep 2020 recibo del area medica

Anejo #3

| Physician Correctional | REGISTRO DE QUEJAS Y SITUACIONES IDENTIFICADAS | Anejo #3 | Institución: SCI |
|---|---|---|---|
| | | | Fecha: 9-21-20 |
| | | | Vivienda: 2F |
| Nombre: Celso Romero Figueroa | | | Hora: 8:00 ☐AM ☒PM |

- ☐ Citas Médicas/Dental
- ☐ Limpieza Dental
- ☐ Educación en Salud
- ☐ Equipo Médico
- ☐ Prótesis
- ☒ Dietas Médicas
- ☐ Muletas
- ☐ Espejuelos
- ☐ Psicólogo
- ☐ Medicamentos
- ☐ Rayos X
- ☐ Trabajo Social
- ☐ Resultados de Laboratorio
- ☐ Orientación Control de Infecciones
- ☐ Quejas
- ☐ Otros: _____

Explicar: NO he recibido mi dieta
Se verifico se envia copia a Nutricionista
9-22-20 se llamó a colono 705 no responde

Firma del Confinado: _____  Firma Enfermería: _____
Acción Tomada: _____

9/23/20 9:15 se habló c/ colono sobre dieta. envio copia

Rev. 11/2010



*/ Nuevo #4*

DCR-RA-2002
"(Rev. 10-07)"

DIVISION DE REMEDIOS ADMINISTRATIVO

| DISTRIBUCION | |
|---|---|
| Original | Miembro de la Población Correccional |
| Primera Copia | Expediente Remedios Administrativos |
| Segunda Copia | Evaluador |

## RESPUESTA AL MIEMBRO DE LA POBLACION CORRECCIONAL

Referencia: Remedio Administrativo Númer __B-787-20__

| ROMERO FIGUEROA, CELSO | 2-F | BAYAMON 501 |
|---|---|---|
| Nombre Apelldios Paterno y Materno | Modulo | Institución |

**Respuesta:**
INFORMO EL SR. CESAR LUGO RAMIREZ, SUPERVISOR DE ALIMENTOS DE BAYAMON 501, QUE EL NO ESTA AUTORIZADO A RECIBIR NINGUNA DIETA DE CONFINADOS, DEBIDO QUE LAS DIETAS LLEVAN UNAS ESPECIFICACIONES SUSCRITAS EN EL CONTRATO CON LA COMPAÑIA TRINITY, AL IGUAL QUE LA LEY HIPA. LO QUE SI PUDE FUE VERIFICAR EL PORQUE DE SU ATRASO EN LA DIETA Y AL PARECER SE HIZO EL TRAMITE CON LA COMPAÑIA, PERO ESA DIETA NUNCA LLEGO A BAYAMON 705 O DE HABER LLEGADO ESTABA MAL REDACTADA. INVESTIGUE MAS A FONDO CUAL FUE LA RAZON YA QUE AL PARECER SE HIZO EL DOCUMENTO PERO NO SE ENVIO A LA COCINA. EN EL ORIGINAL NO APARECE NADIE RECIBIENDOM NI RECHAZANDO LA DIETA.

Artículo XIV Sección 1: SI EL MIEMBRO DE LA POBLACION CORRECCIONAL SOLICITANTE NO ESTUVIERE CONFORME CON LA RESPUESTA EMITIDA, PODRA SOLICITAR LA REVISION MEDIANTE ESCRITO DE RECONSIDERACION ANTE EL COORDINADOR REGIONAL, DENTRO DEL TERMINO DE VEINTE (20) DIAS CALENDARIOS CONTADOS A PARTIR DEL RECIBO DE LA NOTIFICACION DE LA RESPUESTA

| SRA. CARMEN MONTAÑEZ MARTINEZ | 11/13/2020 |
|---|---|
| NOMBRE APELLIDO PATERNO Y MATERNO | FECHA |

## RECIBO DE RESPUESTA

Referencia: Remedio Administrativo Número __B-787-20__

| Entregado a: ROMERO FIGUEROA, CELSO | 2-F | BAYAMON 501 |
|---|---|---|
| Nombre Apellido Paterno y Materno | Módulo | Institución |

| | |
|---|---|
| FIRMA DEL MIEMBRO DE LA POBLACION CORRECCIONAL | FECHA |

Anejo # 5

Anejo # 7

**Physician Correctional**

**REGISTRO DE QUEJAS Y SITUACIONES IDENTIFICADAS**

# 080446

Nombre: Celso Romero Figueroa

Institución: 504
Fecha: 5 NOV 20
Vivienda: 2E
Hora: ____ ☐ AM ☐ PM

☐ Citas Médicas/Dental
☐ Limpieza Dental
☐ Educación en Salud
☐ Equipo Médico
☐ Prótesis
☒ Dietas Médicas
☐ Muletas
☐ Espejuelos
☐ Psicólogo
☐ Medicamentos
☐ Rayos X
☐ Trabajo Social

☐ Resultados de Laboratorio
☐ Orientación Control de Infecciones
☐ Quejas
☒ Otros: Respuesta Dieta

Explicar: La dieta fue devuelta de cocina fechas 10-2-20 – 9/8/20

{ Alta Fibra baja irritante bajo sodio no marisco No Lactosa }

Firma del Confinado: ____

Acción Tomada: Se realiza dieta pendiente cita con Nutricionista

Firma Enfermería: ____

Anejo #6



Estado Libre Asociado de Puerto Rico
Departamento de Corrección y Rehabilitación
**División de Remedios Administrativos**

DCR-RA-2008
"(05-15)"

**Distribución:**
Original: Coordinador Regional
1ra. Copia: Expediente de Remedios Administrativos
2da. Copia: Miembro de la Población Correccional

## SOLICITUD DE RECONSIDERACIÓN

Celso Romero Figueroa / 2-F / 501 Bayamón
Nombre y Apellido Paterno y Materno / Módulo / Institución

Exprese las razones que justifican su Solicitud de Reconsideración:

Para el 24 Noviembre 2020, recibí respuesta en referencia remedio idm. Num. B 787-20. En la cual el sr. Cesar Lugo supervisor de alimento de Bayamón 501; quien expresó: "Que el no está autorizado a recibir ninguna dieta de confinados,... Al parecer se hizo el tramite con la compañía pero esa dieta nunca llego a Bayamón 705 o de haber llegado estaba mal redactada."

Sr. Lugo tengo constancia del area medica, que la receta de mi →

Celso Romero Figueroa / 1. Dic. 2020
Nombre y Firma del Miembro de la Población Correccional / Fecha

_____ / 18-12-20
Nombre y Firma del Funcionario / Fecha

**CONFORME AL REGLAMENTO VIGENTE**

Si el miembro de la población correccional no estuviese conforme con la respuesta emitida, podrá solicitar la revisión, mediante escrito de Reconsideración ante el Coordinador, dentro del término de veinte (20) días calendarios contados a partir del recibo de la notificación de la respuesta.

El Coordinador una vez recibida la Solicitud de Reconsideración por parte del Evaluador, tendrá quince (15) días para emitir una respuesta al miembro de la población correccional si acoge o no su solicitud de reconsideración.

Si se denegara de plano o el miembro de la población correccional no recibe respuesta de su solicitud de reconsideración en el término de quince (15) días, podrá recurrir, por escrito, en revisión judicial ante el Tribunal de Apelaciones. Este término comenzará a transcurrir nuevamente desde el recibo de la notificación de la negativa o desde que se expiren los quince (15) días, según sea el caso.

Si se acoge la solicitud de reconsideración, el Coordinador tendrá treinta (30) días laborables para emitir Resolución de reconsideración. Este término comenzará a transcurrir desde la fecha en que se emitió la Respuesta de Reconsideración al miembro de la población correccional salvo que medie justa causa.

El miembro de la población correccional podrá mediante escrito, solicitar Revisión ante el Tribunal de Apelaciones, dentro del término de treinta (30) días calendarios, contados a partir de la fecha del archivo de autos de la copia de la Notificación de la Resolución de reconsideración, emitida por el Coordinador de Remedios Administrativos o noventa (90) días a partir de la radicación de la solicitud de reconsideración acogida, si la Agencia no actúa conforme a la misma.

Del miembro de la población correccional solicitar revisión judicial, vendrá obligado a notificar con copia de la misma al Departamento de Corrección y Rehabilitación, División de Remedios Administrativos dentro del término de treinta (30) días. Se entenderá que no se ha instado Revisión Judicial ante el Tribunal si han Transcurrido treinta (30) días de archivada en autos copia de la Resolución de Reconsideración. En este caso, el DCR podrá disponer del expediente administrativo del caso.

la dieta (receta) fue devuelta de la 705 cocina.

Para que conste, el 29 Agosto obtuve cita de seguimiento con el internista Dr. Figueroa, 501 Bayamon. La dieta se vencio para 3 Septiembre 2020. De paso el Dr. Figueroa me la renovó.

Se vencio la dieta no llegando el 4 Septiembre 2020. Por lo que me vi en la necesidad de alimentarme con los alimentos de la poblacion, lo que me trajo consecuencias a mi salud referente a fuerte dolor estomacal y mareos constante. Por lo que desde que se vencio la dieta el 1 Septiembre 2020, hasta que volvi a tener cita de seguimiento con el Dr. Figueroa, el 24 de Noviembre 2020. Me vi en la necesidad de pasar sick call por condicione deplorables en mi salud, alrededor de 5 veces, que a su vez me volvieron a renovar mi dieta. Medice, los doctores del sick call.

Estonce el Sr. Lugo manifiesta que las renovaciones que se hicieron por el internista Figueroa al igual que las renovaciones que se hicieron por los doctores de la salud al revez del sick call nunca llega a cocina Bayamon 705

—Desde que se vencio la dieta el 3 Septiembre 2020 al dia de hoy 1 de Diciembre de 2020, hay pasado ochenta y ocho (88) dias que no recibo mi dieta, estrictamente medica.

El sr. Lugo manifiesta que ninguna renovacion de mi dieta medica, nadie la recibio en la 705 de Bayamon, tampoco nadie la rechazo en la cocina 705 de Bayamon

Pues para que conste, si el sr Lugo tiene razon que las renovaciones de mi dieta medica, nunca pasaron por cocina 705 pido que se haga una investigacion referente, a donde fueron a parar dichas renovaciones. Ya que hay negligencia al respecto y las consecuencias las estoy sufriendo Celso Romero Figueroa por estar alimentandome con alimentos no valaneado acorde con mi salud. Por lo cual son constante el dolor estomacal y los mareos, hagan algo al respecto gracias.

ANEJO # 1

| DISTRIBUCIÓN | |
|---|---|
| Original | Miembro de la Población Correccional |
| Primera Copia | Expediente Remedios Administrativos |
| Segunda Copia | Coordinador |

## RESPUESTA DE RECONSIDERACIÓN AL MIEMBRO DE LA POBLACIÓN CORRECCIONAL

| Celso Romero Figueroa | 2 – F | Bayamón 501 |
|---|---|---|
| Nombre Apellidos Paterno y Materno | Módulo | Institución |

**RESPUESTA DE RECONSIDERACION:**

El día 7-enero-2021 se recibe Solicitud de Reconsideración B-787-20, codificada D-4

Luego de evaluar la totalidad del expediente determinamos lo siguiente:

(X) Se deniega la petición de reconsideración debido a:
(Realizar una breve descripción sobre razón de la denegatoria)

Se modifica respuesta emitida por el área concernida, en el día de hoy 8 de febrero de 2021, recibimos respuesta de información solicitada relacionada a la Solicitud de Remedio Administrativo B-787-20. La Gerente de Trinity notifica que usted tiene que pasar por la nutricionista ya que al momento no tiene dieta activa. Sr Romero se le orienta agotar el trámite administrativo correspondiente (en su caso Nutricionista), antes de solicitarlo a través de un Remedio Administrativo.

REGLAMENTO PARA ATENDER LAS SOLICITUDES DE REMEDIOS ADMINISTRATIVOS RADICADAS POR LOS MIEMBROS DE LA POBLACION CORRECCIONAL términos para cumplir con el debido proceso de respuestas de reconsideración y/o resolución al particular presentado por usted, en esta ocasión no contamos regularmente con el personal necesario para poder discutir su reclamo debido a la pandemia mundial que estamos atravesando conocida como coronavirus o COVID-19 , por lo que fue dilatado el proceso pero pudiendo concluir dicha situación.

- Si se deniega o no se toma acción con respecto a su solicitud de reconsideración dentro del término de quince (15) días subsiguientes al recibo de la misma ante esta División, el término para solicitar revisión judicial ante el Tribunal de Apelaciones empezará a contar a partir de la fecha de la notificación de esta denegatoria o del vencimiento del término de quince (15) días contados a partir del recibo de la misma ante la División de Remedios Administrativos. (Ley Núm. 38-2017 – Ley de Procedimiento Administrativo Uniforme del Gobierno de Puerto Rico – Sección 3.6 Denegatoria de Intervención)

( ) Se acoge la petición de reconsideración:

- El Coordinador tendrá treinta (30) días laborables para emitir Resolución de Reconsideración. Este término comenzará a partir de la fecha en que el miembro de la población correccional recibe la notificación de la respuesta a su solicitud de reconsideración. El miembro de la población correccional realizará mediante escrito; de no estar de acuerdo con la Resolución de Reconsideración emitida por el Coordinador ante su solicitud; solicitar Revisión Judicial ante el Tribunal de Apelaciones, dentro del término de treinta (30) días calendarios, contados a partir de la fecha del archivo en autos de la copia de la Notificación de la Resolución de Reconsideración emitida por el Coordinador de la División de Remedios Administrativos o noventa (90) días a partir de la radicación de la Solicitud de Reconsideración acogida, si la Agencia no actúa conforme a la misma.

## RESPUESTA DE RECONSIDERACIÓN AL MIEMBRO DE LA POBLACIÓN CORRECCIONAL

Solicitud de Reconsideración: **B-787-20**

| Celso Romero Figueroa | 2 – F | Bayamón 501 |
|---|---|---|
| Nombre Apellidos Paterno y Materno | Módulo | Institución |

_Gloria Reymundi Collazo_
NOMBRE Y FIRMA DEL COORDINADOR

8 de febrero de 2021
FECHA

_____
NOMBRE Y FIRMA DEL EVALUADOR

9 feb 21
FECHA

---

### RECIBO DE RESPUESTA

Referencia: Remedio Administrativo Número: _____

Entregado a: _____
Nombre Apellido Paterno y Materno      Módulo      Institución

_____
FIRMA DEL MIEMBRO DE LA POBLACIÓN CORRECCIONAL      FECHA

Page 2/2