AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | ) | |
|---|---|---|
| CELSO ROMERO FIGUEROA | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 21-1133 (JAG) |
| TRINITY SERVICES GROUP, INC., and TRINITY SERVICES I, LLC | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

TRINITY SERVICES I, LLC

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Guillermo Ramos Luiña, Esq.
> PO Box 22763, UPR Station
> San Juan, PR 00931-2763
> gramlui@yahoo.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ADA I. GARCIA-RIVERA, ESQ.
*CLERK OF COURT*

Date: 02/02/2024

Digitally signed by Ana Duran
Date: 2024.02.02 16:28:20 -04'00'

*Signature of Clerk or Deputy Clerk*

[Stamp: DEPARTAMENTO DE ESTADO, HORA: 2:10 pm, FEB 23 2024, RECIBIDO POR OFICINA DE ASUNTOS LEGALES, Jessica Vélez]

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 21-1133 (JAG)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Trinity Services I LLC
was received by me on *(date)* Feb 21, 2024.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* Jessica Vela, Fun Adm, who is designated by law to accept service of process on behalf of *(name of organization)* Dept Estado P.12 on *(date)* Feb 23, 2024 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: Feb 23, 2024

Server's signature

Jose Hernande Bojack
Printed name and title

PO Box 1211 St Just St
St Just P.R. 00978-1211
Server's address

Additional information regarding attempted service, etc: